IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:21-cr-12 |
| Plaintiff, | : | Judge Susan J. Dlott |
| v. | : | **ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION** |
| NIRAJ PATEL, | : | |
| Defendant. | : | |

This matter is before the Court on Defendant's Motion for Reconsideration of this Court's Oral Decision Denying the Motion to Dismiss as Being Moot (Doc. 22). Specifically, Defendant requests this Court to reconsider the motion to dismiss (Doc. 17) until such time as Defendant's counsel can review the superseding indictment filed by the United States on August 4, 2021 (Doc. 19) to determine if a renewed motion to dismiss is appropriate. The Court, finding Defendant's motion well-taken and unopposed by the United States, hereby takes Defendant's motion to dismiss under further advisement.

Accordingly, Defendant's Motion for Reconsideration (Doc. 22) is hereby **GRANTED**. As such, Defendant's motion to dismiss remains pending.

**IT IS SO ORDERED.**

Dated: August 9, 2021

_Susan J. Dlott_
Judge Susan J. Dlott
United States District Court

1